# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| JOHNSON RESEARCH & DEVELOPMENT CO., INC., | : : : |
| Plaintiff, | : : |
| v. | : CIVIL ACTION NO. : 1:13-CV-3850-RWS : |
| HASBRO, INC. and HASBRO INTERNATIONAL, INC., | : : : : |
| Defendant. | : |

## **ORDER**

This case is before the Court for consideration of Defendants' Emergency Motion to Stay Pending Disposition of its Motion to Transfer [8] and Plaintiff's Emergency Motion for Status Conference or Entry of a Briefing Schedule [14]. After due consideration, the Court enters the following Order.

The Court finds that it is appropriate to stay this proceeding pending a decision on Defendants' Motion to Transfer. Therefore, Defendants' Emergency Motion to Stay Pending Disposition of its Motion to Transfer [8] is hereby **GRANTED**. Accordingly, briefing on Plaintiff's Motion to Confirm

the Arbitration Award [1] is **STAYED** pending the Court's ruling on the Motion to Transfer [7].

In its Emergency Motion for Status Conference or Entry of a Briefing Schedule, Plaintiff sought clarification on the briefing schedule for Defendants' Emergency Motion to Stay. As that Motion has been fully briefed and the Court has now ruled on the same, Plaintiff's Motion concerning this issue is moot .

Plaintiff also requested that the time for Plaintiff to file a response to Defendants' transfer motion be tolled pending a ruling on the emergency stay motion. The Court having ruled on the emergency stay motion, Plaintiff is **DIRECTED** to file its response to Defendants' Motion to Transfer not later than December 19, 2013.

**SO ORDERED**, this   12th   day of December, 2013.

_____
RICHARD W. STORY
UNITED STATES DISTRICT JUDGE

AO 72A
(Rev.8/82)