IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JOHNSON RESEARCH AND DEVELOPMENT CO., INC., : : : Plaintiff, : : v. : : HASBRO INC. and HASBRO : INTERNATIONAL, INC., : : Defendants. : | CIVIL ACTION NO. 1:13-CV-3850-RWS |

## ORDER

After conferring with counsel, the Court finds that it is appropriate to stay this proceeding pending a decision on motions pending before District Court of Rhode Island. Therefore, this action is hereby **STAYED** until further order of the Court. Responses to any pending motions in this case are not required so long as the stay remains in place.

**SO ORDERED**, this  16th  day of December, 2013.

_____
RICHARD W. STORY
UNITED STATES DISTRICT JUDGE

AO 72A
(Rev.8/82)